IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-386-H

| | |
|---|---|
| RONALD ARRINGTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PUTNAM FIDUCIARY TRUST CO., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on its own motion. In light of the motions currently pending before the court, the trial of this matter is hereby continued to this court's February 16, 2010 term. The clerk is directed to reschedule the pretrial conference accordingly.

This 26th day of October 2009.

*[signature]*
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31