IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-00386

| | |
|---|---|
| RONALD ARRINGTON *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>PUTNAM FIDUCIARY TRUST COMPANY *et al.*,<br><br>    *Defendants.* | **STIPULATION OF DISMISSAL OF BAB PRODUCTIONS, INC.** |

Pursuant to Rule 41(a)(1)(ii) and by submitting this stipulation of dismissal signed by all parties who have appeared and remain in the action, plaintiffs hereby dismiss with prejudice their claims against defendant BAB Productions, Inc. only, with each party to bear its own costs, expenses, and attorneys' fees. To the extent the court identifies any defects in the stipulation, the stipulating parties move under Rule 41(a)(2) for dismissal of same claims with prejudice and on the same terms.

Date: April 30, 2010

        Respectfully submitted,

        PENRY | RIEMANN PLLC

        /s/ Neil A. Riemann
        J. Anthony Penry (NC Bar No. 8936)
        Neil A. Riemann (NC Bar No. 19258)
        *Attorneys for Plaintiffs*
        510 Glenwood Avenue, Suite 319
        Raleigh, NC 27603
        (919) 833-9449
        (919) 833-9448 (fax)
        neil.riemann@penryriemann.com

        LAW OFFICES OF HOWARD PROSSNITZ

        /s/ Howard B. Prossnitz, Esq.
        Howard B. Prossnitz
        *Attorneys for Plaintiffs*
        200 West Madison Street
        Suite 2670
        Chicago, IL 60606
        312-960-1800
        Fax 312-960-1804
        howard@prossnitzlaw.com

        ERIC D. LEVINE

        /s/ Eric D. Levine
        Eric D. Levine (NC Bar No. 13306)
        *Attorneys for BAB Productions, Inc.*
        301 S. McDowell Street, Suite 1010
        Charlotte, NC 28204
        (704) 372-2800
        (704) 372-2802 (fax)
        ericlevinelaw@gmail.com

## CERTIFICATE OF SERVICE

I certify that today I electronically filed the foregoing document with the Court's CM/ECF system, which serves the following per LR 5.3:

    Sara Wyche Higgins, Esq. (sally@thehigginslawfirm.com)
    *Attorney for defendant Abbott Laboratories*

    George F. Sanderson, III (george_sanderson@elliswinters.com)
    Matthew W. Sawchak (Matt_Sawchak@elliswinters.com)
    Christopher S. Fortier (Chris_Fortier@Putnam.com)
    *Attorneys for defendant Putnam Fiduciary Trust Company*

    Joseph J. Torres, Esq. (jtorres@winston.com)
    Sheila P. Frederick, Esq. (sfrederick@winston.com)
    T. Thomas Cottingham, III (tcottingham@winston.com)
    WINSTON & STRAWN LLP
    *Attorneys for defendant Abbott Laboratories*

    James F. Dittmar (jdittmar@goodwinprocter.com)
    Damian W. Wilmot (dwilmot@goodwinprocter.com)
    Yvonne Chan (ychan@goodwinprocter.com)
    Goodwin Procter LLP
    *Attorneys for Putnam Fiduciary Trust Company*

    Eric D. Levine, Esq. (ericlevinelaw@gmail.com)
    *Attorneys for BAB Productions, Inc.*

I further certify that today I served the following by first-class mail, postage paid:

    Mr. Joseph Lionel Jones
    c/o North Carolina Department of Corrections
    Caledonia Corrections Institution
    Box 137
    Tillery, NC 27887

Date: April 30, 2010

                                        /s/ Neil A. Riemann
                                        Neil A. Riemann