IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-CV-386-H

| | | |
|---|---|---|
| Ronald Arrington, et al, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Putnam Fiduciary Trust Company, et al | ) | |
| Defendants | ) | |

Plaintiffs have moved for entry of default against Defendant, Joseph Lionel Jones pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend.

In reviewing the Court's docket, the Court finds that no proof of service has been filed pursuant to Rule 4(l)(1) of the Federal Rules of Civil Procedure showing that Defendant Joseph Lionel Jones has been properly served in this action.

Based on the foregoing, the Court finds that Plaintiffs' Request for Entry of Default as to Defendant Joseph Lionel Jones is hereby DENIED for failure to show proof of service.

SO ORDERED, this ___ day of May, 2010.

Dennis P. Iavarone
Clerk of Court