IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-00386

| | |
|---|---|
| RONALD ARRINGTON *et al.*, <br> *Plaintiffs,* <br> v. <br> PUTNAM FIDUCIARY TRUST COMPANY *et al.*, <br> *Defendants.* | **ORDER CONTINUING TRIAL** |

For the reasons stated in plaintiffs' motion to continue trial and other good cause shown, the trial of this matter is continued to the court's  OCT 18, 2010  civil session, and all pretrial deadlines that had not expired prior to the making of plaintiff's motion are likewise reset according to the court's Local Rules.

SO ORDERED, this  7th  day of June, 2010.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE