IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-CV-386-H

RONALD ARRINGTON, et al.,      )
                               )
        Plaintiffs,            )
                               )
                               )
    v.                         )              **ORDER**
                               )
                               )
PUTNAM FIDUCIARY TRUST         )
COMPANY, et al.,               )
                               )
        Defendants.            )


This matter is before the court on plaintiffs' motion for default judgment against defendant Joseph Lionel Jones. The clerk entered default against defendant Jones on June 6, 2010 [DE #166]. By motion, plaintiffs show that Mr. Jones is neither a minor nor incompetent. They also show by affidavit the amount of compensatory damages owed each plaintiff on his or her fraud claim against defendant Jones.

In addition to compensatory damages, plaintiffs also seek prejudgment interest from the date of filing as well as punitive damages.

In accordance with Federal Rule of Civil Procedure 55, the court hereby enters judgment by default against defendant Joseph

Lionel Jones. The court enters judgment against defendant Jones in the following amounts for each plaintiff, including prejudgment interest in the amount shown. The court declines to award punitive damages.

| Plaintiff | Principal | Prejudgment Interest |
|---|---|---|
| Ronald Arrington | $182,350.17 | $43,244.47 |
| Ruby Arrington | $78,188.90 | $18,542.55 |
| Curtis Barnes | $400,466.72 | $94,970.96 |
| Samuel Barnes | $24,999.13 | $5,928.56 |
| John Battle | $73,000.28 | $17,312.07 |
| Carolyn Batts | $56,565.84 | $13,414.63 |
| Jaquiline Bobbitt | $47,813.04 | $11,340.00 |
| Paula Bryan | $67,699.05 | $16,054.88 |
| Dennis Cherry | $129,098.26 | $30,615.74 |
| Dorothy Davis | $31,626.24 | $7,500.18 |
| Linda Durham | $124,580.57 | $29,544.37 |
| Bryant Evans | $162,055.57 | $38,431.59 |
| Deborah Gaines | $277,779.96 | $65,875.71 |
| Jannie Harden | $41,568.56 | $9,858.01 |
| Rita Harris | $315,757.89 | $74,882.20 |
| Gladys Lewis | $335,863.79 | $79,650.33 |
| Hazel Lucas | $93,022.19 | $22,060.28 |

2

| | | |
|---|---|---|
| Wallace Lucas | $234,112.89 | $55,520.03 |
| Harrison Lynch | $172,567.64 | $40,924.53 |
| MacArthur Mitchell | $68,000.00 | $16,126.25 |
| Zoe Mitchell | $43,000.00 | $10,197.48 |
| James Morris | $211,103.58 | $50,063.36 |
| Johnnie Parker | $53,639.72 | $12,720.70 |
| Burnetta Pittman | $80,792.87 | $19,160.08 |
| Georgie Richardson | $94,612.74 | $22,437.48 |
| Joyce Robinson Houston | $41,672.21 | $9,882.59 |
| Geraldine Stevenson | $74,944.70 | $17,773.19 |
| Geraldine Whitaker | $133,371.60 | $31,629.17 |
| Martha Williams, as personal representative of Jesse Williams | $127,597.00 | $30,259.72 |
| Blane Sanders | $107,703.35 | $25,541.92 |
| Katie Robinson | $40,238.07 | $9,542.49 |

This equates to total compensatory damages of $3,925,792.53, plus prejudgment interest in the amount of

3

$931,005.52, for a total judgment award against defendant Jones of $4,856,798.05. The clerk is directed to close this case.

This  3ʳᵈ  day of November 2010.


_Malcolm J. Howard_
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

4