UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RONALD ARRINGTON, RUBY ARRINGTON, CURTIS BARNES JOHN BATTLE, CAROLINE BATTS, JACQUELINE BOBBITT, DENNIS CHERRY, DOROTHY DAVIS, LINDA DURHAM, BRYANT EVANS, JANNIE HARDEN, RITA HARRIS, PAULA PRISCILLA BRYAN, DEBORAH GAINES HAZEL LUCAS, WALLACE LUCAS HARRISON LYNCH, MACARTHUR MITCHELL, ZOE MITCHELL, JAMES MORRIS, JOHNNIE PARKER, BURNETTA PITTMAN, GEORGIE RICHARDSON, JOYCE ROBINSON HOUSTON, KATIE ROBINSON, BLAINE SANDERS, GERALDINE STEVENSON GERALDINE WHITAKER, JESSE WILLIAMS, GLADYS LEWIS, SAMUEL BARNES,<br>    Plaintiffs<br>v.<br><br>PUTNAM FIDUCIARY TRUST COMPANY, ABBOTT LABORATORIES, INC., JOSEPH LIONEL JONES, BAB PRODUCTIONS, INC. and ABBOTT LABORATORIES,<br>    Defendants | **JUDGMENT**<br>NO. 5:07-CV-386-H2 |

**Decision by Court.**
**This action came before the Honorable Malcolm J. Howard, Senior United States District Judge on plaintiffs' motion for default judgment.**

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby enters judgment by default against defendant Joseph Lionel Jones in the following amounts for each plaintiff, including prejudgment interest in the amount shown. The court declines to award punitive damages.

| | | |
|---|---|---|
| Ronald Arrington | $182,350.17 | $43,244.47 |
| Ruby Arrington | $78,188.90 | $18,542.55 |
| Curtis Barnes | $400,466.72 | $94,970.96 |
| Samuel Barnes | $24,999.13 | $5,928.56 |
| John Battle | $73,000.28 | $17,312.07 |
| Carolyn Batts | $56,565.84 | $13,414.63 |
| Jaquiline Bobbitt | $47,813.04 | $11,340.00 |
| Paula Bryan | $67,699.05 | $16,054.88 |
| Dennis Cherry | $129,098.26 | $30,615.74 |
| Dorothy Davis | $31,626.24 | $7,500.18 |
| Linda Durham | $124,580.57 | $29,544.37 |
| Bryant Evans | $162,055.57 | $38,431.59 |
| Deborah Gaines | $277,779.96 | $65,875.71 |
| Jannie Harden | $41,568.56 | $9,858.01 |
| Rita Harris | $315,757.89 | $74,882.20 |
| Gladys Lewis | $335,863.79 | $79,650.33 |
| Hazel Lucas | $93,022.19 | $22,060.28 |

| | | |
|---|---|---|
| Wallace Lucas | $234,112.89 | $55,520.03 |
| Harrison Lynch | $172,567.64 | $40,924.53 |
| MacArthur Mitchell | $68,000.00 | $16,126.25 |
| Zoe Mitchell | $43,000.00 | $10,197.48 |
| James Morris | $211,103.58 | $50,063.36 |
| Johnnie Parker | $53,639.72 | $12,720.70 |
| Burnetta Pittman | $80,792.87 | $19,160.08 |
| Georgie Richardson | $94,612.74 | $22,437.48 |
| Joyce Robinson Houston | $41,672.21 | $9,882.59 |
| Geraldine Stevenson | $74,944.70 | $17,773.19 |
| Geraldine Whitaker | $133,371.60 | $31,629.17 |
| Martha Williams, as personal representative of Jesse Williams | $127,597.00 | $30,259.72 |
| Blane Sanders | $107,703.35 | $25,541.92 |
| Katie Robinson | $40,238.07 | $9,542.49 |

**IT IS FURTHER ORDERED** the total compensatory damages of $3,925,792.53, plus prejudgment interest in the amount of $931,005.52, for a total judgment award against defendant Joseph Lionel Jones is $4,856,798.05.

This Judgment Filed and Entered on November 3, 2010, with service on:

Howard B. Prossnitz (via cm/ecf Notice of Electronic Filing)
J. Anthony Penry (via cm/ecf Notice of Electronic Filing)
Neil A. Riemann (via cm/ecf Notice of Electronic Filing)
Meghan M. McAllister (via cm/ecf Notice of Electronic Filing)
Robert M. Birndorf (via cm/ecf Notice of Electronic Filing)
Christopher S. Fortier (via cm/ecf Notice of Electronic Filing)
George F. Sanderson, III (via cm/ecf Notice of Electronic Filing)
Matthew W. Sawchak (via cm/ecf Notice of Electronic Filing)
Damian W. Wilmot (via cm/ecf Notice of Electronic Filing)
Sara Wyche Higgins (via cm/ecf Notice of Electronic Filing)
Eric D. Levine (via cm/ecf Notice of Electronic Filing)
Joseph J. Torres (via cm/ecf Notice of Electronic Filing)
Sheila P. Frederick (via cm/ecf Notice of Electronic Filing)
T. Thomas Cottingham, III (via cm/ecf Electronic Filing)

Date:  November 3, 2010  

                                          DENNIS P. IAVARONE, CLERK
                                          /s/ Delsia Heath
                                          (By): Delsia Heath, Deputy Clerk